684

---

730 A.2d 1290

ANTHONY DEMARCO, PLAINTIFF–APPELLANT, v. SALVATORE SANTOLLA, ET AL., DEFENDANTS–RESPONDENTS.

March 24, 1999.

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw.

It is ORDERED that the within appeal is dismissed.

730 A.2d 1290

RUSSELL E. LERMAN, PLAINTIFF–APPELLANT,
v. TOWNSHIP OF RANDOLPH, ETC., ET AL.,
DEFENDANTS–RESPONDENTS.

March 24, 1999.

This matter having come before the Court on appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw.

It is ORDERED that the within appeal is dismissed.